[No. 41802-9-II.   Division Two.   March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY S. ASHBORN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04314-6, Rosanne Buckner, J., entered January 21, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 41921-1-II.   Division Two.   March 19, 2013.]

DAVID AMBAUEN ET AL., *Respondents*, v. COLIN YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-2-00642-4, M. Karlynn Haberly, J., entered February 17, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42110-1-II.   Division Two.   March 19, 2013.]

KYLE WOOD ET AL., *Appellants*, v. MASON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-01934-4, Carol Murphy, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Penoyar, J.

[No. 42208-5-II.   Division Two.   March 19, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE E. BRATTON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10-1-00109-9, Craddock D. Verser, J., entered June 7, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Worswick, C.J., and Hunt, J.